IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAMEKA TURNER, Special Administrator**
**of the Estate of Brandon Sykes**        **PLAINTIFF**

v.        Case No. 4:20-cv-00447-LPR

**SO GOOD TRANSPORTATION, LLC**
**and RAYMOND BURROW**        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case be dismissed with prejudice.

IT IS SO ADJUDGED this 2nd day of August 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE